FILED

06/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0148

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. <u>DA 21-0148</u>

**JOHN CLAYTON ELLINGHOUSE,**

        **Appellant,**

**v.**

**STATE OF MONTANA,**

        **Appellee.**

**ORDER RE: FIRST MOTION
FOR EXTENSION
OF TIME TO FILE OPENING
BRIEF**

Appellant's Unopposed Motion for Extension of Time to File Opening Brief is GRANTED.

IT IS ORDERED that Appellant shall file his opening brief by July 7, 2021.

**DATED** this _____ day of June 2021.

_____
Supreme Court Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 8 2021